IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-00570-CBS

LISA MARIE SCHAEFFER, derivatively on behalf of ROCKY MOUNTAIN RAM, LLC, a Colorado Limited Liability Company, and separately on her own behalf,

        Plaintiffs,

v.

KENNETH P. OLSEN, and
MEMORY TEN, INC., a California Corporation,

        Defendants.

## MEMORANDUM OPINION AND ORDER

Magistrate Judge Shaffer

      This matter comes before the court on the Stipulated Motion for Remand [Doc. 16] filed by Plaintiffs Lisa Marie Schaeffer and Rocky Mountain Ram, LLC, as well as Defendants Kenneth P. Olsen and Memory Ten, Inc. In that motion, the parties request that the court remand this case to the District Court, Boulder County, State of Colorado. Having reviewed the motion, the court will grant the parties' stipulated motion and remand the case.

      Accordingly, IT IS ORDERED that the Stipulated Motion for Remand [Doc. 16] is GRANTED. It is further ORDERED that the case shall be remanded to the District Court, Boulder County, State of Colorado where it was filed as Case No. 2014CV30861.

      DATED at Denver, Colorado, this 20th day of April, 2015.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge